IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL ROBERT FRARY, | ) | No. C 14-2439 LHK (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| ALAMEDA COUNTY SHERIFF'S DEPARTMENT, | ) | |
| Defendant. | ) | |

On May 27, 2014, plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On August 12, 2014, the court dismissed plaintiff's complaint with leave to amend, and directed plaintiff to file an amended complaint within thirty days. Plaintiff was cautioned that the failure to file an amended complaint within thirty days would result in the dismissal of this action. To date, plaintiff has not filed an amended complaint or otherwise communicated with the court. Thus, the instant action is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED:   ; 146136

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\CR.14\Frary439dis.wpd